BRAD D. KRASNOFF, TRUSTEE
221 NORTH FIGUEROA STREET
SUITE 1200
LOS ANGELES, CA  90012-2646
(213) 250-1800   FAX (213) 250-7900

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:11-18290-PC |
| | Chapter 7 |
| LOFTON, SOYINKA DENISE, | NOTICE OF CONTINUED §341(a) MEETING OF CREDITORS |
| Debtor(s). | |

TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

1.  NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

>   DATE:       April 22, 2011
>   TIME:       03:30 P.M.
>   LOCATION:   First Floor, Room 103
>               725 S. Figueroa Street
>               Los Angeles, CA  90017

2.  The Trustee has requested that the debtor(s) appear at the continued 341(a) meeting of creditors to show proof that the 1015 statement has been amended. You must appear at the time and date listed above; failure to do so will result in your case being dismissed.

DATED: APR 11 2011

BRAD D. KRASNOFF, Trustee

I certify that I served the within Notice on the above Debtor(s) and his/her attorney of record and interested parties on APR 12 2011.

Joyce McDaniel